CASE CLOSED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MIGUEL PEREZ,<br><br>Plaintiff,<br><br>-against-<br><br>GARDEN STATE ALE HOUSE, LLC, ARD ENTERPRISES, LLC, ADAM ZEBIB, Individually, and ROBERT PATEL, Individually,<br><br>Defendants. | Dkt. No.:2:17-cv-02630-MCA-SCM<br><br>STIPULATION OF VOLUNTARY DISMISSAL |

PLAINTIFF, Miguel Perez, and DEFENDANTS, Garden State Ale House, LLC, ARD Enterprises, LLC, Adam Zebib, Individually, and Robert Patel, Individually, by and through the undersigned counsel, hereby stipulate and agree that the above-captioned action is voluntarily dismissed without prejudice, each party bearing their own fees and costs, pursuant to Federal Rule of Civil Procedure 4l(a)(l)(A)(ii).

Dated: May 22, 2017

s/ Jodi J. Jaffe
Jodi J. Jaffe, Esquire
E-mail: JJaffe@JaffeGlenn.com
**JAFFE GLENN LAW GROUP, P.A.**
301 North Harrison Street
Suite 9F, #306
Princeton, New Jersey 08540
NJ Bar #: 022351993
Telephone: (201) 687-9977
Facsimile: (201) 595-0308
Attorneys for Plaintiffs

Respectfully submitted,

s/ Andrew L. Schlafly
Andrew L. Schlafly (AS4533)
Attorney at Law
939 Old Chester Road
Far Hills, New Jersey 07931
908-719-8608
aschlafly@aol.com
Attorney for Defendants

SO ORDERED
5/23/17
Madeline Cox Arleo, U.S.D.J.

1